

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-15-00269-CV

Christopher **GARCIA** and Patrick Mendoza,
Appellants

v.

Ronald E. **BRUNO**,
Appellee

From the 111th Judicial District Court, Webb County, Texas
Trial Court No. 2015CVQ000699 D2
Honorable Monica Z. Notzon, Judge Presiding

PER CURIAM

Sitting:    Sandee Bryan Marion, Chief Justice
            Karen Angelini, Justice
            Marialyn Barnard, Justice

Delivered and Filed:  June 3, 2015

DISMISSED

Each of the appellants has filed a motion to dismiss this appeal, stating the notices of appeal were prematurely filed and the appeal is no longer necessary.  The appellee was notified of the motion and has not opposed the dismissal.  Therefore, we grant the motions and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).  Costs of the appeal are taxed against appellants.

PER CURIAM